O

# United States District Court
# Central District of California

| | |
|---|---|
| PRIESTLEY FAUCETT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MOVE, INC. d/b/a REALTOR.COM,<br><br>        Defendant. | Case № 2:22-cv-04948-ODW (ASx)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [15]** |

///
///
///
///
///
///
///
///
///
///

Defendant Move, Inc. ("Move") filed a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on August 31, 2022. (ECF No. 15.) On September 12, 2022, Plaintiff Priestley Faucett filed a First Amended Complaint, twelve days after Move filed its responsive pleading. (ECF No. 18.) Federal Rule of Civil Procedure 15(a)(1) allows Plaintiff to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, Plaintiff's First Amended Complaint was proper. Because Move's pending Motion to Dismiss (ECF No. 15) was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**, and the Court **VACATES** the October 3, 2022 hearing on that motion. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

September 13, 2022

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**